IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS,
WACO DIVISION

| | | |
|---|---|---|
| BRAD MULLEN,<br>      Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. W-11-CA-00248 |
| REGIONAL ADJUSTMENT<br>BUREAU, INC.,<br>      Defendants. | § § § § § | |

## ORDER

Before the Court is the Motion to Dismiss with Prejudice filed by the Plaintiff, Brad Mullen. Because the Defendant, Regional Adjustment Bureau, Inc., has not filed an answer or a motion for summary judgment, Mullen has an absolute right to dismiss this action. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Carter v. United States*, 547 F.2d 258, 259 (5th Cir. 1977). Accordingly, it is

**ORDERED** that this civil action is hereby **DISMISSED WITH PREJUDICE**, with all costs and fees to be paid by the party incurring same. It is further

**ORDERED** that any other motions not previously ruled upon by the Court are **DENIED** as moot.

SIGNED this __4__ day of November, 2011.

WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE